UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 29 2006 ★
BROOKLYN OFFICE

------------------------------------------------x

LEROY DORSEY

    Plaintiff,

-against-

ANDREA R. MILLER; LOUIE DEVIVO;
MONICA BELL,

    Defendants.

------------------------------------------------x

**CIVIL JUDGMENT**
06-CV-6178 (JG)

Pursuant to the order issued December 5, 2006 by the Honorable John Gleeson, dismissing the complaint pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii); it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

s/John Gleeson

United States District Judge

Dated: Brooklyn, New York
      December 5, 2006